IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

**NOTICE OF DEPOSITION**

TO:   Carol Evon Taylor, Esquire
      3 Mill Road, Suite 303
      Wilmington, DE  19806

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Nicole Villanueva pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Friday, April 29, 2005, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ David H. Williams*
David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848
dwilliams@morrisjames.com

>Michael J. Ossip (admitted *pro hac vice*)
>Thomas S. Bloom (admitted *pro hac vice*)
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA  19103
>(215) 963-5543
>
>Attorneys for Defendant

Dated:  March 22, 2005

cc:  Corbett & Associates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Carol Evon Taylor, Esquire
>3 Mill Road, Suite 303
>Wilmington, DE  19806

>*/s/ David H. Williams*
>David H. Williams (#616)
>Jennifer L. Brierley (#4075)
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900
>dwilliams@morrisjames.com

>Michael J. Ossip (admitted *pro hac vice*)
>Thomas S. Bloom (admitted *pro hac vice*)
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA  19103
>(215) 963-5543

>Attorneys for Defendant
>Christiana Care Health Services, Inc.

Dated:  March 22, 2005

DHW/011747-0037/1015748/1