IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-258(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Jeffrey K. Martin, Esquire and Keri L. Morris, Esquire, of the law offices of Margolis Edelstein, as attorneys for Plaintiff Nicole Villanueva in the above-captioned matter.

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin, Esquire (DE #2407)
Keri L. Morris, Esquire (DE#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Plaintiff

Dated: June 16, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-258(JJF) |
| | ) |
| v. | ) |
| | ) |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on June 16, 2005, I electronically filed the *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

*Keri L. Morris*
Keri L. Morris, Esquire (DE #4656)
1509 Gilpin Avenue
Wilmington, DE 19806