# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

RECEIVED
JUN 15 2005

June 14, 2005

**HAND DELIVERY**

The Honorable Joseph J. Farnan
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      RE:  *Nicole Villaneuva v. Christiana Care Health Services, Inc.*
            *Civil Action No. 04-258-JJF*

Dear Judge Farnan:

    We represent the Defendant in the above action. On May 25, 2005, I received a courtesy call from Mary Much of the Office of Disciplinary Counsel notifying us that Carol Evon Taylor is withdrawing from the practice of law. As we understand it, an effort is underway to find substitute counsel. We assume the Court will modify the Scheduling Order at the time substitute counsel enters the case, or the determination is made that the plaintiff will proceed pro se. In the meantime, we will not initiate any further activity in this case.

Respectfully,

David H. Williams

DHW/jam
cc:  Thomas S. Bloom, Esquire (By Mail)
      Mary Much, Esquire (By Hand)
      Clerk of the Court (By Hand)