IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : |
| Defendant. | : |

## O R D E R

WHEREAS, counsel for the Defendant, David H. Williams, Esq., has advised the Court by letter dated June 14, 2005 that Plaintiff's counsel is withdrawing from the practice of law;

WHEREAS, after Plaintiff obtains new counsel the Court will modify the present Scheduling Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff shall obtain substitute counsel no later than **July 25, 2005**.

2) This matter is **STAYED** pending the entry of Plaintiff's new counsel.

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

June 16, 2005
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE