## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 04-258(JJF)** |
| | ) | |
| v. | ) | |
| | ) | |
| **CHRISTIANA CARE HEALTH** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that two (2) true and correct copies of the foregoing

***Plaintiff's Answers to Defendant's First Set of Interrogatories*** were sent on August 12,

2005 via overnight courier, United Parcel Service of America, Inc., postage prepaid, to

the following:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

MARGOLIS EDELSTEIN

*Keri L. Morris*

Keri L. Morris, Esquire (DE #4656)
1509 Gilpin Avenue
Wilmington, DE  19806