IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| **Plaintiff,** | ) | C.A. No. 04-258(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant's First Request for Production of Documents and Things* were sent on August 12, 2005 via overnight courier, United Parcel Service of America, Inc., postage prepaid, to the following:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

                                              MARGOLIS EDELSTEIN

                                              /s/ Keri L. Morris
                                              Keri L. Morris, Esquire (DE #4656)
                                              1509 Gilpin Avenue
                                              Wilmington, DE 19806