IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | ) |
| Plaintiff, | ) C.A. No. 04-258(JJF) |
| v. | ) |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Keri L. Morris, do hereby certify that on September 29, 2005, I electronically filed *Plaintiff's Pre-Discovery Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

MARGOLIS EDELSTEIN

/s/ Keri L. Morris/
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(304) 777-4682 fax
kmorris@margolisedelstein.com