# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Jennifer L. Brierley
(302) 888-6848
jbrierley@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 13, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

RE: *Nicole Villanueva v. Christiana Care Health Services, Inc.*
(C.A. No. 04-258-JJF)

Dear Judge Farnan:

Counsel have executed the enclosed Stipulation to Amend Rule 16 Scheduling Order extending certain dates. If your Honor prefers, counsel is certainly willing to participate in a teleconference with your Honor to discuss the proposed amendments to the Scheduling Order. Thank you for your courtesy.

Respectfully,

Jennifer Brierley

Jennifer L. Brierley (#4075)

Enclosure
cc: Clerk of the Court (w/ enclosure)
    Tom Bloom, Esquire (w/ enclosure)
    Jeffrey Martin, Esquire (w/ enclosure)