IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 04-258 (JJF) |
| ) | |
| v. ) | |
| CHRISTIANA CARE HEALTH ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO AMEND RULE 16 SCHEDULING ORDER

The parties, by and through their undersigned counsel, do hereby stipulate to amend the Rule 16 Scheduling Order in the above-captioned matter as follows:

4. **Discovery.**

   a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **February 28, 2006.**

   c) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **January 31, 2006**; from the defendant(s) by **February 28, 2006.**

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **January 15, 2006.**

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall de served and filed with an opening brief on or before **May 31, 2006.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case

dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

| MARGOLIS EDELSTEIN | MORRIS JAMES HITCHENS & WILLIAMS, LLP |
|---|---|
| /s/ Keri L. Morris | /s/ Jennifer Brierley |
| Jeffrey K. Martin, Esquire (#2407) | David H. Williams, Esquire (#616) |
| Keri L. Morris, Esquire (#4656) | Jennifer L. Brierley, Esquire (#4075) |
| 1509 Gilpin Avenue | 222 Delaware Avenue, 10th Floor |
| Wilmington, Delaware 19806 | P.O. Box 2306 |
| Attorneys for Plaintiff | Wilmington, Delaware 19899 |
| jmartin@margolisedelstein.com | Attorneys for Defendant |
| | jbrierley@morrisjames.com |

IT IS SO ORDERED, this 21 day of October, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE