**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NICOLE VILLANUEVA,                       :
                                         :       C.A. No. 04-258-JJF
                Plaintiff,               :
                                         :
        v.                               :
                                         :
CHRISTIANA CARE HEALTH SERVICES, INC. :
                                         :
                Defendant.               :

**NOTICE OF SERVICE**

     I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-

captioned case, hereby certify that two (2) true and correct copies of the foregoing

***Plaintiff's First Request for Production of Documents Directed to Defendant*** were sent

via U.S. Mail postage pre-paid on November 9, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

               MARGOLIS EDELSTEIN

               Jeffrey K. Martin, Esquire (DE #2407)
               1509 Gilpin Avenue
               Wilmington, DE  19806