## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                      :
                                        :    C.A. No. 04-258-JJF
               Plaintiff,              :
                                        :
    v.                                  :
                                        :
CHRISTIANA CARE HEALTH SERVICES, INC. :
                                        :
              Defendant.             :

### NOTICE OF SUBSTITUTION OF COUNSEL

       Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L.

Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-

captioned matter.


                             MARGOLIS EDELSTEIN


                             Jeffrey K. Martin, Esquire (DE #2407)
                             1509 Gilpin Avenue
                             Wilmington, DE  19806
                             (302) 777-4680
                             jmartin@margolisedelstein.com
                             Attorney for Plaintiff

Dated:  November 9, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                          :
                                            :    C.A. No. 04-258-JJF
                        Plaintiff,          :
                                            :
        v.                                  :
                                            :
CHRISTIANA CARE HEALTH SERVICES, INC. :
                                            :
                        Defendant.          :

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I

electronically filed **Substitution of Counsel** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following attorney-of-record below:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

                        MARGOLIS EDELSTEIN


                        Jeffrey K. Martin, Esquire (DE #2407)
                        1509 Gilpin Avenue
                        Wilmington, DE  19806