IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-258-JJF |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court granted parties Stipulation to amend the Rule 16 Scheduling Order (D.I. 23, 24);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, September 14, 2006 at 2:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

November 10, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE