IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | : | |
| | : | C.A. No. 04-258-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680
Attorneys for Plaintiff

Dated:  December 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA,<br><br>          Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.<br><br>          Defendant. | : <br> :   C.A. No. 04-258-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on December 6, 2005, I caused two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail, postage prepaid on the following:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

                      MARGOLIS EDELSTEIN

                      */s/ Lori A. Brewington*
                      Jeffrey K. Martin, Esquire (#2407)
                      Lori A. Brewington, Esquire (#4522)
                      1509 Gilpin Avenue
                      Wilmington, DE 19806