IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.<br><br>        Defendant. | :<br>:<br>:  C.A. No. 04-258-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

DAVID H. WILLIAMS hereby certifies that on this 8th day of December, 2005, two (2) copies of **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** and **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were placed in the United States Mail, postage prepaid, addressed to the following counsel of record:

    Jeffrey K. Martin, Esquire
    1509 Gilpin Avenue
    Wilmington, DE 19806

    _/s/ David H. Williams_
    David H. Williams (#616)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900
    dwilliams@morrisjames.com

    Michael J. Ossip (admitted pro hac vice)
    Thomas S. Bloom (admitted pro hac vice)
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    (215) 963-5543
    Attorneys for Defendant Christiana Care
    Health Services, Inc.

Dated: December 8, 2005
JLB/011747-0037/1057118/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-258-JJF |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806


David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Dated: December 8, 2005      Christiana Care Health Services, Inc.

DHW/011747-0037/1015748/1