IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-258-JJF |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO: Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 198069

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Nicole Villanueva pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, March 14, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:30 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

        Michael J. Ossip (admitted *pro hac vice*)
        Thomas S. Bloom (admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA  19103
        (215) 963-5543

        Attorneys for Defendant

Dated:  January 30, 2006

cc:  Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-258-JJF |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>_/s/ David H. Williams_
>David H. Williams (#616)
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900
>dwilliams@morrisjames.com

>Michael J. Ossip (admitted *pro hac vice*)
>Thomas S. Bloom (admitted *pro hac vice*)
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA 19103
>(215) 963-5543

>Attorneys for Defendant
>Christiana Care Health Services, Inc.

Dated: January 30, 2006