IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | :    C.A. No. 04-258-JJF |
| Plaintiff, | : |
| v. | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Second Set of Interrrogatories Directed to Defendant* were sent via U.S. Mail postage pre-paid on January 31, 2006 to the following:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

                          MARGOLIS EDELSTEIN

                          */s/ Lori A. Brewington*
                          Lori A. Brewington, Esquire (DE #4522)
                          1509 Gilpin Avenue
                          Wilmington, DE 19806