IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

### RE-NOTICE OF DEPOSITION

TO: Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 198069

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Nicole Villanueva pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, March 22, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:30 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

                        Michael J. Ossip (admitted *pro hac vice*)
                        Thomas S. Bloom (admitted *pro hac vice*)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1701 Market Street
                        Philadelphia, PA  19103
                        (215) 963-5543

                        Attorneys for Defendant

Dated: February 16, 2006

cc: Wilcox & Fetzer

DHW/011747-0037/1351634/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the attached **RE-NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

*/s/ David H. Williams*
David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Dated: February 16, 2006        Christiana Care Health Services, Inc.

DHW/011747-0037/1015748/1