IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | : C.A. No. 04-258-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

DAVID H. WILLIAMS hereby certifies that on this 9th day of March, 2006, two (2) copies of **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** were placed in the United States Mail, postage prepaid, addressed to the following counsel of record:

>Jeffrey K. Martin, Esquire
>Lori A. Brewington, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

/s/ David H. Williams
David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543
Attorneys for Defendant Christiana Care Health Services, Inc.

Dated: March 9, 2006

JLB/011747-0037/1057118/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
|         Plaintiff, : | |
| v. : | C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
|         Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    /s/ David H. Williams
    David H. Williams (#616)
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900
    dwilliams@morrisjames.com

    Michael J. Ossip (admitted *pro hac vice*)
    Thomas S. Bloom (admitted *pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    (215) 963-5543

    Attorneys for Defendant
    Christiana Care Health Services, Inc.

Dated: March 9, 2006

DHW/011747-0037/1015748/1