IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-258-JJF |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

## SUBSTITUTION OF COUNSEL

PLEASE SUBSTITUTE James H. McMackin, III, Esquire Morris, James, Hitchens & Williams LLP for Jennifer L. Brierley, Esquire as counsel for Defendant in the above matter.

DEPARTMENT OF JUSTICE

*/s/ Jennifer L. Brierley*
Jennifer L. Brierley, Esquire (#4075)
(Jennifer.Brierley@state.de.us)
Deputy Attorney General
102 West Water Street
Dover, DE 19901
(302) 739-7641
Attorney for Defendant

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ David H. Williams*
David H. Williams (#616)
(dwilliams@morrisjames.com)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: March 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CHRISTIANA CARE HEALTH SERVICES, INC. : <br> : <br> Defendant. : | C.A. No. 04-258-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

        Jeffrey K. Martin, Esquire
        Lori A. Brewington, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        /s/ David H. Williams
        David H. Williams (#616)
        MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
        222 Delaware Avenue
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900
        dwilliams@morrisjames.com

        Michael J. Ossip (admitted *pro hac vice*)
        Thomas S. Bloom (admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103
        (215) 963-5543

        Attorneys for Defendant
Dated: March 21, 2006        Christiana Care Health Services, Inc.

DHW/011747-0037/1015748/1