## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | : C.A. No. 04-258-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

### NOTICE OF DEPOSITION OF CHRIS COLLINS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Nicole Villanueva ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Chris Collins by oral testimony before an officer duly authorized to administer an oath, commencing on Wednesday, April 26, 2006, beginning at 1:00 p.m., at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiffs

Dated: March 27, 2006
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
|  : | C.A. No. 04-258-JJF |
| Plaintiff, : | |
|  : | |
| v. : | |
|  : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
|  : | |
| Defendant. : | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Chris Collins* were sent by U.S. Mail, First Class, postage prepaid, on March 27, 2006 to the following:

| | |
|---|---|
| David H. Williams, Esquire<br>James H. McMackinn III, Esquire<br>Morris, James, Hitchens & Williams, LLP<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Michael J. Ossip, Esquire<br>Thomas S. Bloom, Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiff