UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-258 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the attached subpoena to Edward M Goldenberg, M.D. was served on March 27, 2006 as evidenced by the attached Proof of Service.

Dated: March 29, 2006
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Amy Evans (No. 3829)
Erica Niezgoda Finnegan (No. 3986)
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)

*Counsel to Christiana Care Health Services, Inc. as Special Conflicts Counsel*