## CERTIFICATE OF SERVICE

I, Amy Evans, hereby certify that on March 29, 2006 I caused to be served a true and correct copy of *Notice of Service of Subpoena (of Edward M. Goldenberg)* upon the following as indicated.

<u>VIA U.S. MAIL</u>
Jeffrey K. Martin, Esq.
Lori A. Brewington, Esq.
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

<u>VIA HAND DELIVERY</u>
James H. McMackin, III, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

_____
Amy Evans (No. 3829)