IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | : C.A. No. 04-258-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Lori A. Brewington, hereby certify that on May 19, 2006, I caused to be served 2 copies of the *Plaintiff's Supplemental Response To Defendants' First Request For Production Of Documents And Things* via first-class mail, postage prepaid, on the following:

David H. Williams, Esquire
James H. McMackinn III, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5761/5543
fax: 877.432.9652

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
lbrewington@margolisedelstein.com