IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

### DEFENDANT CHRISTIANA CARE HEALTH SERVICES INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Christiana Care Health Services, Inc. ("Defendant") hereby moves for summary judgment with respect to Plaintiff Nicole Villanueva's Complaint. In support of this Motion, Defendant relies upon the accompanying Opening Brief and documents contained in the attached Appendix.

Respectfully submitted,

/s/ David H. Williams

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE  19899
302.888.6900/5849

1396818/1

|  |  |
|---|---|
|  | Michael J. Ossip (admitted pro hac vice)<br>Thomas S. Bloom (admitted pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>215.963.5543 |
| Dated:  May 31, 2006 | Attorneys for Defendant Christiana Care Health Services, Inc. |

1396818/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| | : CA No. 04-258-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

## ORDER

Now, this _____ day of _____, 2006, having considered Defendant Christiana Care Health Services, Inc.'s Motion for Summary Judgment and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED BY THE COURT:

_____
Farnan, U.S.D.J.

1396818/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-258-JJF |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 31, 2006, I electronically filed the attached **DEFENDANT CHRISTIANA CARE HEALTH SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

|  |  |
|---|---|
|  | Michael J. Ossip (admitted *pro hac vice*)<br>Thomas S. Bloom (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>(215) 963-5543 |
| Dated:  May 31, 2006 | Attorneys for Defendant<br>Christiana Care Health Services, Inc. |

DHW/011747-0037/1396823/1