IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,

    Plaintiff,

v.

CHRISTIANA CARE HEALTH SERVICES, INC.

    Defendant.

CA No. 04-258-JJF

### AFFIDAVIT OF THOMAS S. BLOOM

THOMAS S. BLOOM, being first duly sworn, states the following:

1. My name is Thomas S. Bloom. I am over the age of eighteen (18) and of sound mind. I am competent to testify to matters reflected in this Affidavit.

2. I am a duly licensed attorney in good standing of the bar of the highest Court of the Commonwealth of Pennsylvania. I practice law with the law firm of Morgan, Lewis & Bockius LLP in its 1701 Market Street, Philadelphia, Pennsylvania 19103-2921 office.

3. Morgan, Lewis & Bockius, LLP has been retained by Christiana Care Health Services, Inc. ("Christiana Care"), the defendant in this action.

4. Pursuant to this Court's requirements, I hereby state that no genuine issues of material fact exist with regard to the facts argued in support of Christiana Care's Motion for Summary Judgment being filed in the above-referenced action on May 31, 2006.

This 30 day of May 2006.

_____
Thomas S. Bloom

Subscribed to and sworn before me
this 30th day of May, 2006.

_____
Notary Public

My Commission Expires:

Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2006
Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| Defendant. | : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on May 31, 2006, I electronically filed the attached **AFFIDAVIT OF THOMAS S. BLOOM** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

*/s/ David H. Williams*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                Michael J. Ossip (admitted *pro hac vice*)
                                Thomas S. Bloom (admitted *pro hac vice*)
                                MORGAN, LEWIS & BOCKIUS LLP
                                1701 Market Street
                                Philadelphia, PA  19103
                                (215) 963-5543

                                Attorneys for Defendant
Dated:  May 31, 2006           Christiana Care Health Services, Inc.