# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | : |
| Plaintiff, | : C.A. No. 04-258-JJF |
| v. | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

## JOINT STIPULATION TO EXTEND DEADLINE TO
## ANSWER MOTION FOR SUMMARY JUDGMENT

The parties, by and through their attorneys, hereby stipulate and agree to an extension for Plaintiff to file their Answer to Defendant's Motion for Summary Judgment. The brief will be filed on or before June 30, 2006.

| | |
|---|---|
| /s/ David H. Williams | /s/ Lori A. Brewington |
| David H. Williams, Esquire | Lori A. Brewington, Esquire (#4522) |
| Morris, James, Hitchens & Williams, LLP | MARGOLIS EDELSTEIN |
| 222 Delaware Avenue | 1509 Gilpin Avenue |
| P.O. Box 2306 | Wilmington, Delaware 19806 |
| Wilmington, DE 19899-2306 | |
| Date: 6-12-06 | Date: 6-12-06 |

SO ORDERED this _____ day of June, 2006

_____
J.