IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | : | |
| | : | C.A. No. 04-258-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

### ORDER

Having considered the motion and briefing by both parties, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED.

_____
J.