IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-258 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEF

The parties, by and through their attorneys, hereby stipulate and agree to an extension of ten (10) days, until July 20, 2006 for Defendant to reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (#2407)
jmartin@margolisedelstein.com
Lori A. Brewington, (#4522)
lbrewington@margolisedelstein.com
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
Attorneys for Plaintiff

Dated: 6/7/2006

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6900

Dated: 7/7/06

                                        Michael J. Ossip (admitted pro hac vice  
                                        Thomas S. Bloom (admitted pro hac vice)  
                                        Morgan, Lewis & Bockius LLP  
                                        1701 Market Street  
                                        Philadelphia, PA  19103  
                                        (215) 963-5761/5543  
                                        Attorneys for Defendant

IT IS SO ORDERED this ____ day of July, 2006.

                                        _____  
                                                       J.