

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

LORI A. BREWINGTON
lbrewington@margolisedelstein.com

December 12, 2006

The Honorable Judge Joseph J. Farnan, Jr.
U. S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

     RE:    Villanueva v. Christiana Care
              C.A. No. 04-258(JJF)

Dear Judge Farnan:

     The briefing on Defendant's Motion for Summary Judgment was completed by the parties on July 20, 2006. Undersigned counsel writes this letter to inquire as to whether the Court has had an opportunity review the respective briefing and issue an order in this matter.

     Should your Honor have any questions or concerns, I am at the convenience of the Court.

Very truly yours,

LORI A. BREWINGTON

LAB

cc:    Ms. Nicole Villanueva
        Tom Bloom, Esquire