IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                  :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :    Civil Action No. 04-258-JJF
                                    :
CHRISTIANA CARE HEALTH              :
SERVICES, INC.                      :
                                    :
         Defendant.                 :

## ORDER

At Wilmington, the 23 day of January 2007, for the reasons set forth in the Memorandum Opinion issued this date;

NOW THEREFORE IT IS HEREBY ORDERED that Defendant Christiana Care Health Services, Inc.'s Motion For Summary Judgment (D.I. 42) is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE