IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-258-JJF
:
CHRISTIANA CARE HEALTH :
SERVICES, INC., :
:
    Defendant. :

### O R D E R

WHEREAS, the Court denied Defendant's Motion for Summary Judgment (D.I. 53,54);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Tuesday, April 3, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

 February 23, 2007                                    /s/ Joseph J. Farnan Jr.
     DATE                                                 UNITED STATES DISTRICT JUDGE