IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-258-JJF |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S AMENDED EXHIBIT LIST**

| Description | Objected to: Yes | No | Grounds for Objection |
|---|---|---|---|
| 1. Nicole Villanueva Resume (D0169 – D0170) | | | |
| 2. Nicole Villanueva Employment/Reference/Education Information (D0173 – D0174) | | | |
| 3. Note from Albert El-Roeiy, M.D., M.B.A. dated 12/02/2002 (D0350) | | | |
| 4. Letter from Edward M. Goldenberg, M.D. to Dr. Gordon Ostrum, M.D. dated 4/8/2003 (D0126 – D0127) | | | |
| 5. Note from Dr. Edward M. Goldenberg, M.D. dated 4/8/2003 (D0233) | | | |
| 6. Christiana Care Employee Health Service Referral Form dated 4/9/2003 (D0204) | | | |
| 7. Cardiology Consultants, PA Note dated 4/9/2003 (D0124) | | | |
| 8. Cardiology Consultants, PA Note dated 4/10/2003 (D0206) | | | |
| 9. Christiana Care Employee Health Service Referral Form dated 4/15/2003 (D0208) | | | |
| 10. Cardiology Consultants, PA Note dated 4/22/2003 (D0123) | | | |

| Description | Objected to: Yes | No | Grounds for Objection |
|---|---|---|---|
| 11. Cardiology Consultants, PA Note dated 4/23/2003 (D0122) | | | |
| 12. Letter from Karen McCloud, RN to Nicole Villanueva dated 4/24/2003 (D0218) | | | |
| 13. Memo from Christine Collins to Kerry Delgado dated 6/24/2003 (D0247) | | | |
| 14. Unit Clerk Job Specification and Physical Demands Checklist (D0361 – D0364) | | | |
| 15. Patient Care Technician II Job Specification and Physical Demands Checklist (D0259 – D0262) | | | |
| 16. Employee Handbook (D0001 – D0021) | | | |
| 17. Employee Relations Practices Booklet (D0022 – D0023) | | | |
| 18. Management Responsibilities Relative to Human Resources Policy (D0024 – D0033) | | | |
| 19. Leaves of Absence Policy (D0036 – D0043) | | | |
| 20. Christiana Care Unit Clerk Job Chart D0464) | | | |
| 21. Nicole Villanueva 2003 W-2 Forms for Christiana Care (ME 0005) | | | |
| 22. Nicole Villanueva 2003 Form W-2 and Tax Statement for Little Caboose (ME 0004) | | | |
| 23. Nicole Villanueva 2004 Form W-2 and Tax Statement for Little Caboose (ME 0026) | | | |
| 24. Nicole Villanueva 2004 W-2 and Earnings Summary for Cardiology Consultants, PA (ME 0025) | | | |
| 25. Nicole Villanueva Little Caboose Earning Statements from 4/26/2003 through 5/7/2004 (ME 0043 – 0062; ME 0118) | | | |
| 26. Nicole Villanueva Cardiology Consultants, PA Earning Statements from 5/15/2004 through 12/24/2005 (ME 0063 - 0077; ME 0092 – 0116) | | | |

| Description | Objected to: Yes | No | Grounds for Objection |
|---|---|---|---|
| 27. Nicole Villanueva Child and Dependent Care Expenses 2003, 2004, and 2005 (ME 0090, ME 0091, ME 0117) | | | |
| 28. Plaintiff's Answers to Defendant's First Set of Interrogatories | | | |
| 29. Letter from Lori Brewington to Thomas Bloom dated 2/28/2006 re computation of damages | XX | | FRE 408 |
| 30. Offer Letter from Kealey Barnes of Christiana Care to Nicole Villanueva dated 11/8/2002 (ME 0001) | | | |
| 31. Nicole Villanueva Christiana Care Earning Statements from 12/21/2002 through 4/12/2003 (ME 0121 – 0133; ME 0040 – 0042) | | | |
| 32. Offer Letter from Cardiology Consultants, PA to Nicole Villanueva dated 4/22/2004 (ME 0023) | | | |
| 33. Little Caboose Information Sheet dated 5/24/2004 | | | |
| 34. Nicole Villanueva 2005 and 2006 Form W-2 and Tax Statement for Cardiology Consultants, PA (ME 0141, ME 0143) | | | |
| 35. Nicole Villanueva 2005 and 2006 Child and Dependent Care Expenses (ME 0142, ME 0144) | | | |
| 36. Nicole Villanueva Aris Pension Services Confidential Investment Statement for Period Ending 12/31/2006 (ME 0145 - 0147) | | | |
| 37. All deposition transcripts to the extent that they are admissible under the Federal Rules of Evidence and the Federal Rules of Civil Procedure | | | |

3

                                          /s/ James H. McMackin
_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543

Dated:  March 30, 2007        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                  :
                                    :
            Plaintiff,              :
                                    :
    v.                              :    C.A. No. 04-258-JJF
                                    :
CHRISTIANA CARE HEALTH SERVICES, INC. :
                                    :
            Defendant.              :

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on March 30, 2006, I electronically filed the attached **DEFENDANT'S AMENDED EXHIBIT LIST** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>    Jeffrey K. Martin, Esquire
>    Lori A. Brewington, Esquire
>    Margolis Edelstein
>    1509 Gilpin Avenue
>    Wilmington, DE  19806

>    /s/ David H. Williams
>    _____
>    David H. Williams (#616)
>    dwilliams@morrisjames.com
>    James H. McMackin, III (#4284)
>    jmcmackin@morrisjames.com
>    MORRIS JAMES LLP
>    500 Delaware Avenue, Suite 1500
>    P.O. Box 2306
>    Wilmington, DE 19899
>    (302) 888-6900/5849

|  |  |
|---|---|
|  | Michael J. Ossip (admitted *pro hac vice*)<br>Thomas S. Bloom (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>(215) 963-5543 |
| Dated:  March 30, 2007 | Attorneys for Defendant<br>Christiana Care Health Services, Inc. |