IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIANA CARE HEALTH )<br>SERVICES, INC., )<br>)<br>)<br>Defendant. ) | C.A. No. 04-258(JJF) |

### ENTRY OF APPEARANCE

Please enter the appearance of Herbert W. Mondros, Esquire, of the law offices of Margolis Edelstein, as attorney for Plaintiff Nicole Villanueva in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (DE #3308)
Lori A. Brewington, Esquire (DE#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
302-423-4186 Alternate
Attorneys for Plaintiff

Dated: April 2, 2007