IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | ) |
| Plaintiff, | ) C.A. No. 04-258(JJF) |
| v. | ) |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on April 2, 2007, I electronically filed the *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

Herbert W. Mondros, Esquire (DE #3308)
Lori A. Brewington, Esquire (DE#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
302-423-4186 Alternate
Attorneys for Plaintiff

Dated: April 2, 2007