IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 04-258-JJF
                                  :
CHRISTIANA CARE HEALTH             :
SERVICES, INC.,                   :
                                  :
        Defendant.                :

## O R D E R

WHEREAS, the Court held a Pretrial Conference in the above-captioned action on April 3, 2007, during which the parties requested an opportunity to mediate this dispute;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **ADMINISTRATIVELY CLOSED** pending mediation.

2. At the conclusion of the mediation proceedings, the parties shall advise the Court in writing as to whether the mediation has been successful or whether this action should be reopened so that a trial can be scheduled.

April 3, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE