IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-258(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Jeffrey K. Martin, Esquire hereby **WITHDRAWS** as counsel to Nicole Villanueva. All pleadings henceforth should be served upon the following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 777-4680
hmondros@margolisedelstein.com

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

April 23, 2007

MARTIN & WILSON

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806

April 20, 2007