IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-258(JJF) |
| ) | |
| v. ) | |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that on April 23, 2007, I electronically filed the *Notice of Withdrawal of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
302-423-4186 Alternate
Attorneys for Plaintiff

Dated: April 23, 2007