IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VILLANUEVA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-258(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware, 19801.

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
Herbert W. Mondros, Esquire (#3308)
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

*Counsel for Plaintiff, Nicole Villanueva*

Dated: April ___, 2007
       Wilmington, Delaware