IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on April 24, 2007, I electronically filed the attached **Notice of Change of Address** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, and also sent via first class mail, postage pre-paid:

**Sheldon N. Sandler**
**Margaret M. DiBianca**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Defendant, Citisteel USA, Inc.*

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
Herbert W. Mondros, Esquire (#3308)
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)
*Counsel for Plaintiff, Terry Snyder*