IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-258(JJF) |
| | ) |
| v. | ) |
| | ) |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Lori A. Brewington, Esquire on behalf of Plaintiff, Nicole Villanueva, in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

### ENTRY OF APPEARANCE

PLEASE enter the appearance of Herbert W. Mondros, Esquire on behalf of Plaintiff, Nicole Villanueva, in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (#3308)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

DATED: July 2, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VILLANUEVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIANA CARE HEALTH )<br>SERVICES, INC., )<br>)<br>)<br>Defendant. ) | C.A. No. 04-258(JJF) |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that on July 2, 2007, I electronically filed the attached **Notice of Withdrawal and Entry of Appearance** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

David H. Williams, Esquire
Jennifer L. Brierly, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (DE #3308)
750 S. Madison Street
Suite 102
Wilmington, DE 19801
Attorney for Plaintiff