## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICOLE VILLANUEVA,                     :
                                       :
                   Plaintiff,          :
                                       :
            v.                         :          C.A. No. 04-258-JJF
                                       :
CHRISTIANA CARE HEALTH                 :
SERVICES, INC.,                        :
                                       :
                   Defendant.          :

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their attorneys, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of all claims in the above-referenced action with prejudice, with costs and attorneys' fees governed by the parties' agreement.

Respectfully submitted,

_____          _____
HERBERT W. MONDROS (#3308)                DAVID H. WILLIAMS (#616)
Margolis Edelstein                        Morris, James, Hitchens & Williams LLP
750 S. Madison Street                     500 Delaware Avenue
Suite 102                                 Wilmington, DE 19899-2092
Wilmington, DE 19801

                                          Attorney for Defendant
Attorney for Plaintiff                    Christiana Care Health Systems, Inc.
Nicole Villanueva

Dated: August 20, 2007